AO 106 (Rev. 04/10) Application for a Search Warrant (Modified: WAWD May 2025)

# UNITED STATES DISTRICT COURT
### for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>One Subject Device and Subject Device Extraction | ) )<br>) )<br>) )<br>) )<br>Case No.  MJ25-408 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One Subject Device Extraction as further described in Attachment A, which is incorporated by reference.

located in the _____Western_____ District of _____Washington_____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 371; 2113 | Conspiracy to Commit Bank Robbery; Bank Robbery |

The application is based on these facts:

See Affidavit of TFO Ashley Fitzgerald

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*A. FITZGERALD #7103*

Applicant's signature

TFO Ashley Fitzgerald
Printed name and title

This warrant is presented: ☑ by reliable electronic means ☐ telephonically recorded ☐ in person.

Date: _____July 10, 2025_____

Judge's signature

City and state: _____Seattle, Washington_____

The Hon. Brian A. Tsuchida
Printed name and title

USAO: 2022R01090

1

**AFFIDAVIT**

2  STATE OF WASHINGTON          )

3                               )          ss

4  COUNTY OF KING               )

5      I, Ashley Fitzgerald, having been duly sworn, state as follows:

6  ### INTRODUCTION AND AGENT BACKGROUND

7      1.      I make this affidavit in support of an application under Rule 41 of the

8  Federal Rules of Criminal Procedure for a search warrant authorizing the examination of

9  a digital device[1] or other electronic storage media,[2] hereinafter the "SUBJECT

10  DEVICE", which is currently in law enforcement possession, and the previously

11  completed extraction from those devices or electronic storage media of electronically

12  stored information described in Attachment B.

13      2.      I am a Seattle Police Department (SPD) detective and Federal Bureau of

14  Investigation (FBI) Task Force Officer assigned to the Robbery Unit and the FBI Sound

15  Regional Violent Crimes Task Force. I have been employed with SPD for eleven years.

16  During my career with SPD, I was assigned to patrol in the North and West Precincts and

17  as a detective in the Intelligence and Analytics Section before joining the Robbery Unit.

18

19

---

20  [1] "Digital device" includes any device capable of processing and/or storing data in electronic
21  form, including, but not limited to: central processing units, laptop, desktop, notebook or tablet
     computers, computer servers, peripheral input/output devices such as keyboards, printers,
22  scanners, plotters, monitors, and drives intended for removable media, related communications
     devices such as modems, routers and switches, and electronic/digital security devices, wireless
23  communication devices such as mobile or cellular telephones and telephone paging devices,
     personal data assistants ("PDAs"), iPods/iPads, Blackberries, digital cameras, digital gaming
24  devices, global positioning satellite devices (GPS), or portable media players.

25  [2] Electronic Storage media is any physical object upon which electronically stored information
26  can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs,
     and other magnetic or optical media.

27

3.      My training and experience includes 720 hours of training at the Basic Law Enforcement Academy with the Washington State Criminal Justice Training Commission, which included Criminal Law and Procedure and Criminal Investigations. I've had further relevant training with SPD including 80 hours of Undercover Operations, 40 hours of Detective School, 40 hours of Criminal Intelligence and Analysis, 32 hours of Surveillance Techniques, and 24 hours of Open-Source Intelligence training, in addition to over a thousand hours of in-service training.

4.      Since September 2024, I have been a member of the FBI's Cellular Analysis Survey Team (CAST), a specialized unit in the FBI that provides technical expertise, case consultation, and instruction in the analysis of historical call detail records (CDRs), cell site location information, and other forms of geolocation records. I have provided assistance to hundreds of violent crime investigations through CAST, including mapping, analytical reports, and expert testimony at trials. As a member of CAST, I have received over 500 hours of technical training related to cellular records.

5.      I am an investigative law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). As such, I am empowered to conduct investigations of, and to make arrests for, violations of the Title 18, United States Code, Sections 1951 and 2113, and related offenses.

6.      In my role as a Task Force Officer for the FBI, I have responded to bank robberies and have worked with county and municipal agencies on these investigations. I have been involved in the service of federal and state search warrants and have become familiar with the manner in which criminals use telephones, often cellular telephones, to plan and conduct their unlawful operations, and how they code their conversations to disguise unlawful activities.

7.      The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

8.     Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18, U.S.C., Sections 371 (conspiracy to commit robbery); 2113(a)(bank robbery) and 1951 (Hobbs Act robbery) will be found on the **SUBJECT DEVICE.**

## IDENTIFICATION OF THE SUBJECT DEVICE TO BE EXAMINED

9.     The SUBJECT DEVICE is an Apple iPhone 11, white in color, Model #A2111, ICCID 8901260030984206493F seized from DANESXY ORTEGA's residence pursuant to a search warrant, currently in the custody of the Seattle Police Department, evidence number 2021-324239-16. A full extraction of the SUBJECT DEVICE was completed by Seattle Police pursuant to King County Superior Court Search Warrant #22-0-61446-6 Addendum, extraction ID 26684EE0-7257-4C7B-9F5A-09BCD3352C6A (the SUBJECT DEVICE EXTRACTION).

10.     The warrant would authorize the forensic examination of the SUBJECT DEVICE EXTRACTION for the purpose of identifying electronically stored data particularly described in Attachment B.

## THE INVESTIGATION

11.     The United States, including the FBI, is conducting a criminal investigation of DANESXY ORTEGA and other coconspirators for a series of armed robberies that occurred in the Western District of Washington between November 2021 and June 2022.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DANESXY ORTEGA, SHANNON HARTFIELD, and MICHAEL MILLER-JIMERSON are currently charged with conspiracy to commit robbery and armed robbery in a 25-Count Fourth Superseding Indictment in the Western District of Washington, CR22-176LK.

12.     In case CR22-176LK, ORTEGA has been charged with one count of conspiracy to commit robbery, one count of attempted armed bank robbery, one count of armed bank robbery, and two counts of using a firearm during and in relation to a crime of violence.

13.     The United States is continuing to investigate certain robberies involving ORTEGA that are not currently charged in the Fourth Superseding Indictment in CR22-176LK.

### *Background on the Robbery Conspiracy.*

14.     Between November 2021 and June 2022, there was a sharp increase in the number of bank and marijuana store robberies committed in King, Snohomish, Pierce, and Thurston Counties, along with a marked increase in violence associated with those robberies compared to preceding years. While investigating these robberies, detectives from state law enforcement agencies identified a pattern of behavior belonging to a group of individuals that specifically targeted marijuana stores, pawn shops, jewelry stores, and banks.

15.     Evidence obtained during the investigation reveals that HARTFIELD, ORTEGA, and MILLER-JIMERSON played various roles in the conspiracy. HARTFIELD and MILLER-JIMERSON recruited individuals, often juveniles, to commit the robberies at their direction. HARTFIELD and MILLER-JIMERSON also provided firearms for the conspirators to use during the robbery. ORTEGA participated by robbing banks and possible dispensaries while armed with firearms. Multiple other individuals

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

associated with this conspiracy have also been charged and convicted in the State of Washington with felony crimes.

16.     The following is a non-exhaustive list of robberies and attempted robberies that law enforcement is investigating and believe are related to this robbery conspiracy:

    i.    **11/1/2021:** 7-11 Gas Station in Des Moines, WA

    ii.    **11/4/2021:** Rocket Gas Station in Burien, WA

    iii.    **11/7/2021:** Union Street Market in Seattle, WA

    iv.    **11/7/2021:** Star 21 Marijuana Dispensary in Seattle, WA

    v.    **11/18/2021:** III King Marijuana Dispensary in Seattle, WA

    vi.    **11/27/2021:** Western Bud Marijuana Dispensary in Seattle, WA

    vii.    **12/11/2021:** Greener Today Marijuana Dispensary in Seattle, WA

    viii.    **12/30/2021:** Rite Aid Pharmacy in Federal Way, WA

    ix.    **12/30/2021:** Buddy's Pot Shop in Renton, WA

    x.    **1/4/2022:** Seattle Cannabis Co. in Seattle, WA

    xi.    **1/4/2022:** Emerald Haze Dispensary in Renton, WA

    xii.    **1/15/2022:** The Bakeree Dispensary in Seattle, WA

    xiii.    **1/15/2022:** American Mary Dispensary in Seattle, WA

    xiv.    **1/21/2022:** Zips Cannabis in Tacoma, WA

    xv.    **1/29/2022:** Have a Heart Dispensary in Seattle, WA

    xvi.    **1/29/2022:** Green Theory Dispensary in Bellevue, WA

    xvii.    **1/29/2022:** Stash Box Dispensary in Auburn, WA

    xviii.    **2/9/2022:** Ocean Greens Dispensary in Seattle, WA

    xix.    **2/9/2022:** Evergreen Market Dispensary in Renton, WA

    xx.    **2/9/2022:** The West Seattle Marijuana Store in White Center, WA

    xxi.    **2/9/2022:** Commencement Bay Dispensary on Puyallup Tribal Land

    xxii.    **2/10/2022:** Zips Cannabis in Tacoma, WA

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

xxiii.   **2/10/2022:** Kush 21 Dispensary in Burien, WA

xxiv.   **2/10/2022:** Higher Lead Marijuana Dispensary in Bellevue, WA

xxv.   **2/17/2022:** Kushman's Dispensary in Lynnwood, WA

xxvi.   **2/17/2022:** Have a Heart Dispensary in Bothell, WA

xxvii.   **2/17/2022:** Herbal Nation Dispensary in Bothell, WA

xxviii.   **2/22/2022:** Elite Pawn Shop in Federal Way

xxix.   **3/1/2022:** Novel Tree Dispensary in Bellevue, WA

xxx.   **3/10/2022:** Craft Cannabis in Tacoma, WA

xxxi.   **3/11/2022:** Lucid Cannabis in Auburn, WA

xxxii.   **3/11/2022:** The West Seattle Marijuana Store in White Center, WA

xxxiii.   **3/14/2022:** Emerald Leaves in Tacoma, WA

xxxiv.   **3/14/2022:** Young's Quick Stop Deli in Tacoma, WA

xxxv.   **3/15/2022:** Mary Mart in Tacoma, WA

xxxvi.   **3/15/2022:** Diamond Green Dispensary in Tacoma, WA

xxxvii.   **3/16/2022:** Commencement Bay Cannabis on Puyallup Tribal Land

xxxviii.   **3/19/2022:** The Bakeree Marijuana Dispensary in Seattle, WA

xxxix.   **3/19/2022:** World of Weed in Tacoma, WA (homicide)

xl.   **4/2/2022:** Cash America in Shoreline, WA

xli.   **4/6/2022:** Bellevue Rare Coins in Seattle, WA

xlii.   **4/15/2022:** Forbidden Cannabis in Lacey, WA

xliii.   **5/26/2022:** Seattle Credit Union in Seattle, WA

xliv.   **5/26/2022:** Sound Credit Union in Tukwila, WA

xlv.   **6/7/2022:** Chase Bank in Seattle, WA

xlvi.   **6/7/2022:** Salal Credit Union in Seattle, WA

xlvii.   **6/17/2022:** Chase Bank in Kent, WA

xlviii.   **6/22/2022:** Sound Credit Union in Shoreline, WA

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

xlix.   **6/22/2022:** Harborstone Credit Union in Tukwila, WA

l.   **6/25/2022:** Chase Bank in Seattle, WA

li.   **6/25/2022:** Sound Credit Union in Burien, WA

lii.   **6/25/2022:** Salal Credit Union in Tukwila, WA

liii.   **6/27/2022:** Chase Bank in Seattle, WA

liv.   **6/27/2022:** Banner Bank in Kent, WA

17.   The series of robberies outlined above show consistent criminal activity between at least November 2021 and June 2022. The only distinguishable lapse in activity during that time period was between April 19, 2022, and May 16, 2022, when HARTFIELD was in law enforcement custody. Investigators believe that the robberies are related based on witness testimony, video, latent fingerprints, ballistic information (NIBIN), historical cell phone location information obtained in state investigations, and content derived from cell phones including pictures of firearms and conversations about the robberies between co-conspirators.

### *Evidence on ORTEGA's Robbery Acts.*

18.   As stated above, ORTEGA acted in furtherance of this robbery conspiracy by using firearms and threats of violence while participating in several of the above-mentioned robberies. A description of several (not all) of the robberies that ORTEGA is believed to have committed is described in more detail below.

19.   ***Armed Robbery of Des Moines 7-11 on November 1, 2021.***  On November 1, 2021, at 0148 hours, an armed robbery occurred at the 7-11 gas station located at 820 S. Kent Des Moines Road in Des Moines, WA.  Two suspects entered the gas station and pointed a black handgun with a gold ejection port at the employee. Suspect #1 walked behind the counter and demanded the employee open the cash registers. Suspect #1 grabbed two cash drawers while Suspect #2 (ORTEGA) continued to point the handgun at the employee. The suspects left with a cash register drawer. As depicted in the below

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

photos, the suspect with the firearm (Suspect #2) (ORTEGA) was wearing a camo mask and baby blue shoes. Detectives later obtained an AFIS fingerprint hit matching Marquis Reed (DOB: 10-27-2005) from a cash register drawer that was thrown from the suspect vehicle as it fled the scene of the robbery.

20.     Suspect #2 is believed to be ORTEGA because of his height, build, and the baby blue shoes worn in this robbery matched a pair of Nike Air Jordan 4 University Blues shoes recovered from Danesxy ORTEGA's residence on January 14, 2022, pursuant to a warrant and described later in this affidavit.

21.     In addition, the handgun that Suspect #2 (ORTEGA) is holding also appears to be the same distinct black handgun with a gold ejection port that was used in subsequent robberies on November 7, 18, and 27, 2021, as identified by law enforcement from surveillance footage. The handgun with the distinctive gold ejection port was clearly observed in ORTEGA's possession on his Snapchat account (dmoneycrazy0), in multiple postings on November 29, 30, and December 7 and 8, 2021.



22.     ***Armed Robbery of Rocket Gas Station on November 4, 2021.*** On November 4, 2021, at 0410 hours, an armed carjacking robbery occurred at 1450 S

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Columbian Way in Seattle, WA. The suspects were described as a black male and a Hispanic male armed with a handgun and a long gun. The stolen vehicle was a maroon 2011 Chevy Camaro.

23.    Approximately one hour later, at 0511 hours, on November 4, 2021, an armed robbery occurred at the Rocket Gas Station located at 17700 Ambaum Blvd. S in Burien, WA. A maroon Chevy Camaro arrived in the Rocket Gas parking lot and was captured on store surveillance cameras. At about 05:01 hrs., two figures exited the vehicle and walked towards the gas station entrance. The first to the door was a black male ("Suspect #2") wearing a maroon puffy coat. He was followed shortly after by a second male, smaller in stature, and with a lighter complexion ("Suspect 1") (ORTEGA).

24.    Suspect 1 wore a white camouflage patterned balaclava, a black, puffy coat with a Nike logo, and red shoes. As further described below, subsequent investigation would determine the likely identities of these two suspects as: Suspect 1: DANESXY ORTEGA, and Suspect 2: Marquis Reed.

25.    As depicted on the surveillance video, Suspect 2 pulled a large pistol out of the front of his pants. The pistol was very distinct: a 10/22-type pistol topped with an optical sight, and a spiked, muzzle device at the end of the barrel. This pistol appears to be the same 10/22-type pistol that was recovered from Danesxy ORTEGA's residence when it was searched on January 14, 2022, as described in a later section in this affidavit. At the time of ORTEGA's arrest on January 14, 2022, he stated post-Miranda that the firearms recovered were his and he carried them for protection.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 9

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11

 

*Suspect 1 (ORTEGA) at Rocket Gas with white camouflage balaclava, a black, puffy Nike coat, and red shoes.*

     26.     As part of a concurrent investigation for Unlawful Possession of a Firearm based on ORTEGA's Snapchat posts, probable cause was developed for ORTEGA's phone number 206-657-3531. Seattle Police obtained a King County Superior Court search warrant for historical records for ORTEGA's call detail records, Snapchat records from ORTEGA's accounts, and ongoing location information for the device. Subscriber records show that the number was registered to "DANESXY ORTEGA." Analysis of the phone records indicated ORTEGA's device was at or near the robbery of the Rocket Gas Station on November 4, 2021.

     27.     *Armed Robbery of Union Street Market on November 7, 2021.* On November 7, 2021, at approximately 1915 hours, an armed robbery occurred at the Union Street Market located at 2101 E. Union St, in Seattle, WA. Based on a review of the surveillance video and the statement of the victim clerk, two armed males came into the market and pointed guns at the victim clerk. They demanded the clerk open the cash register. The suspects took approximately $400 in cash from the register and 3 boxes of Backwoods cigars before leaving the store. A third suspect remained at the door as lookout, presumably to ensure that no other customers entered the store during the

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 10

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

robbery. Suspect 1 wore a white camo balaclava mask, a black Nike jacket and red shoes. Suspect 2 was a black male wearing a maroon hoodie and a green camo mask and carrying a firearm with a gold ejection port. The third suspect wore a black puffy jacket, red sweatpants, and a black mask.

28.     Based on a review of video surveillance footage, the suspects in this robbery appear to be the same suspects that committed the robberies three days earlier on November 4.  The firearm carried by Suspect 2 appears to have the same distinctive gold ejection port as the firearm possessed by ORTEGA in his Snapchat account.  The skin tone and eyes of suspect 1 are visible in this robbery and they appear to match ORTEGA. An analysis of ORTEGA's phone records indicates his device was in the area of the robbery approximately 30 minutes prior.

 

29.     ***Armed Robbery of Star 21 Dispensary on November 7, 2021.***
Approximately one hour later, on November 7, 2021, at 2014 hours, an armed robbery occurred at the Star 21 Marijuana Dispensary located at 11042 1st Ave S, Seattle. Based on a review of the surveillance video and the statement of the victim clerk, a male exited a maroon Chevy Camaro and entered the Star 21 dispensary. He was followed by two

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 11

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

accomplices moments later. While this first male's identity is not yet established, the other two appeared to be the same subjects involved in the Rocket Gas station robbery just three days earlier (11/4/21) and the Union Street Market from an hour before. During both of the 11/7/21 incidents, Suspect 1 was wearing the white camouflaged balaclava, black puffy Nike coat, and red shoes – although he appears to have been wearing different pants than he did on 11/4/21. Suspect 2 was wearing the green patterned balaclava and maroon puffy jacket. Suspect 2 held a pistol in his right hand. The three suspects forced the clerk to open the safe at gunpoint, eventually stealing between $5,000 and $10,000 in cash and marijuana products. All three then left in the maroon Camaro.



***Suspect 1 at Star 21 with white camouflage balaclava, black puffy Nike coat, red shoes***

      30.    ***Arson Incident on November 8, 2021.***  On November 8, 2021, at approximately 0120 hours, Kent Police responded to a townhome parking lot located at 6111 S 233 St in Kent for an arson call. Officers located WA BVS1085, the maroon 2011 Chevy Camaro stolen in the Seattle carjacking on 11/4/21 and used in the Rocket Gas, Union Street Market, and Star 21 armed robberies. According to that report, the Camaro was parked in the townhome parking lot with gasoline poured all over it. Remnants of

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 12

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

fireworks, rags stuffed into the gas tank, and witness reports indicate that at least two suspects were attempting to light the vehicle on fire before fleeing the area.  Security video shows a fireball explosion that was large enough to encompass surrounding vehicles.  Kent Police located a black garbage bag on the hood of the Camaro that was doused in gasoline and contained packaged marijuana from the Star 21 dispensary, as well as several items of clothing that appear to have been worn by the suspects in the robberies including a black balaclava, white camo balaclava, black Nike jacket, and red sweatpants with a white stripe. A latent print recovered from a container of disinfecting wipes matched Marquis Reed.  The following are photos of items recovered from the attempted arson of the stolen Camaro:



AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 13

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970





AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 14

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27





AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 15

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

31.    ***Armed Robbery of Western Bud on November 27, 2021.*** On November 27, 2021, at 2210 hours, an armed robbery occurred at Western Bud Marijuana Dispensary located at 11401 Rainier Avenue S., Seattle, King County. The suspects were reported as two black males and one Hispanic male, approximately 20 years of age. The suspects stole approximately $25,000 in cash from a store safe. Based on a review of the surveillance video, the Hispanic male was wearing a black North Face sweatshirt and a partial face covering with blue jeans and blue sneakers. After entering the store and assessing the security cameras, he motioned to two accomplices outside the store who entered and immediately produced handguns, forcing the security guard to the ground at gunpoint before forcing their way into a locked enclosure where the remaining store employees and cash register was located.  The black male suspects were described as early 20's, one dressed in a red and white hoodie, torn blue jeans, white sneakers and wearing a black mask over the lower part of his face, another wearing a light-colored hooded sweatshirt, black athletic pants with a light-colored vertical stripe, blue sneakers and a black mask covering most of his face.

32.    The Hispanic suspect is believed to be ORTEGA based on his height, build, and coloring. Throughout the robbery, hand tattoos on the suspect believed to be ORTEGA are frequently seen on camera footage and they match the tattoos located on ORTEGA's hands during his arrest as described later in this affidavit.  Additionally, the handgun produced by the suspect believed to be ORTEGA is distinct with its gold-colored barrel and ejection port/viewing window. In addition, detectives also identified the shows worn by ORTEGA as baby blue Nike Air Jordans, matching shoes located at ORTEGA's residence as described later in this affidavit.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 16

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970








AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 17

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970








AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 18

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

33.    ***Armed Robbery of Greener Today on December 11, 2021.*** On December 11, 2021, at 2343 hours, an armed robbery occurred at Greener Today marijuana dispensary located at 5209 MLK Jr Way S, in Seattle. Security video shows two male suspects dressed in all black enter the store. The first suspect was a black male who brandished a firearm, pointing it towards several employees, while keeping control over the main sales floor. The second suspect, believed to be ORTEGA, appeared light skinned, approximately 5'7" – 5'10" tall, wearing a dark hoodie, a Nike mask, and tan and white colored shoes. The second suspect (ORTEGA) quickly made his way to the cash office while also brandishing a firearm. While the second suspect (ORTEGA) was stealing approximately $40,000 in cash, a security guard entered the store and went to the sales floor.  The black male suspect quickly approached him and pistol whipped him, knocking him to the ground. The suspect hit the security guard several more times before taking the guard's firearm.   The victim sustained a gash to his head and was bleeding heavily.  Both suspects left the store with the cash and the stolen firearm.

34.    I believe that the second suspect is Danesxy ORTEGA because security footage obtained of this robbery incident shows tattoos on the second suspect that match the distinct tattoos on Danesxy ORTEGA's hands, which were observed and photographed by law enforcement when he was arrested about a month later, as described more below.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 19

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970





35.  ***Armed Robbery at Rite Aid on December 30, 2021.*** On December 30, 2021, 911 callers reported an "active shooter" at the Rite Aid Pharmacy located in Federal Way. Two suspects entered the Rite Aid and attempted to rob the pharmacy at gunpoint. When the suspects' attempt to gain access to the pharmacy were unsuccessful,

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 20

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

they began pointing firearms at employees and customers. Multiple shots were fired inside the pharmacy. The suspects were able to obtain cash from the registers near the front of the store. Federal Way Police identified the vehicle the suspects fled in as a 1999 Acura registered to Shannon HARTFIELD. NIBIN testing indicates the shell casings from the Rite Aid are a possible match to an unsolved Federal Way homicide that occurred a week earlier, on December 23, 2021.

36.     Less than three hours later, on December 30, 2021, the same suspects from the Rite Aid in Federal Way robbed Buddy's Pot Shop, a marijuana store located in Renton. The suspects were identified by their distinctive sweatshirts and physical builds. The first suspect wore a bright blue sweatshirt with the number "5" on the back and "Germany" written on the front. The second suspect, a smaller male matching the height and build of Danesxy ORTEGA, wore a black sweatshirt with a large red Nike logo and a cartoon character on the back. I believe the second suspect was ORTEGA because the Nike sweatshirt was recovered during a search warrant service of Danesxy ORTEGA's residence on January 13, 2022.

### Search Warrant of ORTEGA's SnapChat Account

37.     On December 8, 2021, the Seattle Police Department Gun Violence Reduction Unit obtained a King County Superior Court search warrant for Snapchat records from ORTEGA's accounts (21-0-63239-3) as well as rea-time and historical records for ORTEGA's cell phone (21-2-12087/21-390).

38.     With regard to the Snapchat information, investigators did not recover location information for any of the time periods during which the above robberies occurred.

39.     Detectives were, however, able to look at the real-time location information for ORTEGA's phone during the time frame of the December 11, 2021, robbery and determined that the phone appeared to be off during the time of that robbery.  Real-time location information for ORTEGA's phone on January 4, 2022, indicates that his phone appeared to be in the Rainier Valley area of Seattle during the robbery at Seattle

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 21

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Cannabis Co., and appeared to move to the Renton area at the same time as the robbery in

2   Renton.

3       40.     During a review of the ORTEGA Snapchat records that were obtained

4   pursuant to the warrant, detectives located multiple videos between October 5 and

5   December 7, 2021, of what appeared to be firearms. The firearms included a MAC pistol

6   that appears to be the same gun that was later recovered from ORTEGA's residence, two

7   AK-47 pistols, and several videos of ORTEGA possessing a black semi-automatic

8   handgun with a gold barrel that appears to be the same gun that was used in the robberies

9   described above. Based on my training and experience, I know that Snapchat is primarily

10  a cell phone-based application and that videos and photos are typically either taken on a

11  cell phone and then posted to the application, or use a cell phone camera to take and save

12  a picture directly in the application.



***Robbery Video Still from 11/27/2021***

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 22

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



***ORTEGA Snapchat image from 12/7/21***

41.    The below is a list of the dates and times that firearms appeared in ORTEGA's SnapChat account:

Date   UTC        Description

10/05  2330       Video showing ORTEGA in a vehicle with what appears to be a black handgun with gold magazine release and red trigger.

11/29  2154       Video of ORTEGA in what appears to be his bedroom with gold barreled handgun.

11/30  0819       Video showing ORTEGA in possession of what appears to be a MAC pistol and another gold barreled semi-automatic handgun in a residence.

11/30  0823       Video showing ORTEGA in possession of what appears to be a MAC pistol and a gold barreled semi-automatic handgun in a residence.

12/03  2128       Still image of what appears to be two Ak-47 pistols or short barreled rifles at the foot of the photographer.

12/06  0559       Video of ORTEGA in a vehicle in possession of what appears to be the MAC pistol with a lanyard around his neck.

12/06  0601       Video of ORTEGA in a vehicle in possession of what appears to be the MAC pistol with a lanyard around his neck.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 23

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

12/06  0603          Video of ORTEGA in a vehicle in possession of what appears to be the MAC pistol at a gas station.

12/07  0012          Video of ORTEGA in a vehicle in possession of what appears to be the gold barreled handgun.

**_Search Warrant of ORTEGA's Residence and Seizure of Subject Device._**

42.     On January 14, 2022, Seattle Police detectives executed King County Superior Court search warrant no. 22-0-60118-6 at the residence of Danesxy ORTEGA located at 2601 NE 23rd ST, in Renton, WA.  Pursuant to the search warrant, detectives seized a Ruger 10/22 style pistol (serial number 490-39290), a Glock 19 9mm semi-automatic handgun (serial number BGV126), and a Masterpiece Arms Defender mini 9mm semi-automatic pistol (serial number F10063).  Detectives also seized ammunition, several articles of clothing identical to clothing worn in the pattern of armed robberies in King County.

43.     For instance, detectives located in ORTEGA's residence a pair of Nike Air Jordan 4 University Blues sneakers that appear to match the shoes worn in the robberies on November 1, 2021 and November 27, 2021,



44.     Detectives also located and seized a Ruger 10/22 style pistol which appears to match the firearm used in the November 4, 2021 robbery of the Rocket Gas Station:



45.    ORTEGA hand tattoos were photographed at the time of arrest, and appear to match the hand tattoos of the suspect committing the robberies on November 27, 2021 and December 11, 2021 based on security footage obtained from those incidents, and described above. ORTEGA's skin coloring, height, and build are also consistent with the suspect as shown in the security footage obtained from those incidents.



AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 25

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



***Seizure of SUBJECT DEVICE***

46.     Detectives also seized the SUBJECT DEVICE, an iPhone 11, white in color, Model #A2111, ICCID  8901260030984206493F during the search of ORTEGA's residence.  At the time of ORTEGA's arrest and search warrant service on January 14, 2022, the SUBJECT DEVICE was located in ORTEGA's brother's bedroom. Detectives called phone number 206-657-3531, which was previously determined to be ORTEGA's number based on a review of subscriber records. The SUBJECT DEVICE rang when law enforcement called the 3531-number.

47.     After his arrest, ORTEGA made a recorded phone call from the King County Jail to his sister, during which he described the location of his cell phone as being in his brother's bedroom.

48.     The SUBJECT DEVICE was seized and is currently in custody of the Seattle Police Department.

49.     ORTEGA was arrested on state firearm charges.

***ORTEGA's Robbery Acts Continue after Release from Custody.***

50.     After ORTEGA was released from state custody on January 16, 2022, he continued to engage in armed robberies and acted in furtherance of the conspiracy. A brief description of these acts is included in this search warrant to provide further evidence of the M.O. used by ORTEGA when conducting robberies.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 26

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

51.     On June 7, 2022, at approximately 4:33 p.m., the City of Seattle Communications Center (CSCC) received a 911 call from a victim who stated an armed robbery just occurred at Chase Bank, located at 1200 S Madison St Seattle, WA. The caller described one of the suspects as a Hispanic male in his 20's, 5'5", wearing a black shirt and gray pants, and the second suspect as a black male in his 20's, 5'5", wearing a black mask, black jacket with his hood up, and black sweatpants. Officers arrived after the suspects already left the location and interviewed three victims, one of whom was the 911 caller and an employee of the bank. Two of the victims, C.T. and B.P., stated they were in a corner office when both suspects entered the bank. Both stated the black male suspect wearing all black walked into their office and pointed a handgun at both of them. He then grabbed C.T. by her shirt, told her to get up, and demanded to know where the cash was. After grabbing C.T. by the lanyard around her neck, he pulled her toward a secure door at the rear of the bank and into a room that contained a small vault. C.T. advised the suspect that there was no money accessible on the premises and unsuccessfully tried to get money out of an ATM.

52.     According to the victims, the Hispanic male suspect, later identified as DANESXY ORTEGA, entered the bank and went into a second office and confronted victim Q.N.  Video surveillance captures that ORTEGA pulled a black semi-automatic handgun from his front waist band and pointed it directly at Q.N.'s face from four to five inches away. ORTEGA then forcefully pushed Q.N. into a locked room with a large vault. Witness interviews confirm that ORTEGA told Q.N. to "get the cash and hurry up," but Q.N. stated she did not have access to the interior of the vault during the day while the bank was open. ORTEGA became upset and exited the room. The door to the room closed and Q.N. successfully activated the bank alarm. Both suspects left the Chase bank without any money or victim property and fled north on Minor Ave. Officers that responded to the scene received an e-mail from Chase Bank corporate security that contained images of the suspects during the robbery from interior surveillance video. The photos were sent from the officers to the CSCC and disseminated to all sworn officers.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

53.     Approximately one hour later, at 5:29 p.m., the CSCC received a 911 call from a witness who stated they observed two males with guns enter the Salal Credit Union at 10724 5th Ave NE Seattle, WA. The caller then disconnected. After multiple attempts while officers were on their way to the bank, the CSCC reached a teller in the bank by phone who stated two suspects with guns committed an armed robbery and ran southbound from the bank. At about the same time, the CSCC received an alert from the alarm company for the bank reporting a hold-up alarm was activated. Witnesses reported seeing one unknown race suspect, 20-25 years old, 5'5", wearing a dark bandana, black hoodie, and black pants, accompanied by another unknown race suspect, 20-25 years old, 5'5", wearing a dark bandana, red hoodie, and black pants, exit the bank with suitcases and a gun, and then flee in an older dark blue Kia Spectra with tinted windows fled south on 5th Ave NE from the scene.  Salal Credit Union later reported a loss of approximately $48,690.00 in the robbery, including large cash dispensers filled with U.S. currency.

54.     At 5:45 p.m., Officer Lemberg #7456 advised the CSCC that he was behind a dark blue Kia Spectra with no license plates on I-5 south crossing the Ship Canal Bridge. Officer Lemberg #7456 observed the vehicle make several erratic lane changes over the next few minutes as it continued south and did not immediately make an attempt to stop it.  King County Sherriff's Office Guardian One, a helicopter, was called in to assist with tracking the vehicle. At 5:51 p.m., the vehicle took evasive action after officers activated their emergency lights and siren in an attempt to perform a traffic stop by increasing its speed and eluded officers. For safety reasons, officers maintained distance from the eluding vehicle while the helicopter tracked it from overhead.

55.     At approximately 5:55 p.m., two suspects, later identified as Danesxy ORTEGA and juvenile Don Pierre Borders, jumped out of the back seat of the Kia and fled southbound on foot in the area of 12ᵗʰ Ave S and S Donovan St in Seattle, WA. The vehicle continued on, occupied by two more suspects.  Several officers continued after the vehicle while others pursued ORTEGA and Borders fleeing suspects on foot.  Both suspects ran to 1025 S Donovan St, where they jumped over a fence into private property and were apprehended and identified as ORTEGA and Borders by pursuing officers.  I

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

was an officer involved in this incident and ORTEGA specifically identified himself to me.

56.     A loaded Glock 19 handgun with an extended magazine was recovered from the front yard of 1027 S Donovan St Seattle, WA. The Glock is similar to the one ORTEGA is seen carrying in Salal Credit Union security photos.



***Glock handgun with extended magazine recovered on ORTEGA's route***

57.     Arresting offices located a large, unknown amount of cash in the front pocket of ORTEGA's sweatshirt when he was arrested, and more cash on the ground nearby.  Video security still shots recovered from the attempted robbery at Chase Bank, 1200 S Madison St Seattle, WA and the completed robbery at Salal Credit Union 10724 5th Ave NE Seattle, WA revealed Donpierre Borders and Danesxy ORTEGA were wearing the same clothes during their arrest that they were wearing during both incidents. ORTEGA was wearing a Russell Athletics sweatshirt, black Nike sweatpants, and Crocs sandals with a distinctive tie-dye design.  ORTEGA also matches the height, build, and general age of the suspect described by witnesses and victims at both robberies. ORTEGA is a Hispanic male.

1
2
3
4
5
6
7
8
9



10
11
12
13
14
15
16
17
18
19



20  *ORTEGA's Russell Athletic sweatshirt, worn during the attempted robbery at Chase Bank and*
21  *at the time of his arrest*
22
23
24
25
26
27

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 30

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



*ORTEGA's shoes, worn during the attempted robbery at Chase Bank and at the time of his arrest, with distinctive design*

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 31

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11



12
13



14
15
16
17
18
19
20
21
22
23

24  *ORTEGA at the time of his arrest and earlier holding an employee at gunpoint at the Chase*

25  *Bank on June 7, 2022 at 4:32 PM.*

26
27

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 32

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



*ORTEGA wearing the same clothes, holding a firearm with an extended magazine, at the armed robbery at Salal Credit Union on June 7, 2022. ORTEGA is robbing the bank within feet of what appears to be a mother holding a small child.*

## TECHNICAL TERMS

58.     Based on my training and experience, I use the following technical terms to convey the following meanings:

a.      Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals.  These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones.  A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone.  In addition to enabling voice communications, wireless telephones offer a broad range of capabilities.  These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from the Internet.  Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

b.      Digital camera:  A digital camera is a camera that records pictures as digital picture files, rather than by using photographic film.  Digital cameras use a variety of fixed and removable storage media to store their recorded images.  Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader.  Removable storage media include various types of flash memory cards or miniature hard drives.  Most digital cameras also include a screen for viewing the stored images.  This storage media can contain any digital data, including data unrelated to photographs or videos.

c.      Portable media player:  A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files.  However, a portable media player can also store other digital data.  Some portable media players can use removable storage media.  Removable storage media include various types of flash memory cards or miniature hard drives.  This removable storage media can also store any digital data.  Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

d.      GPS:  A GPS navigation device uses the Global Positioning System to display its current location.  It often contains records of the locations where it has been.  Some GPS navigation devices can give a user driving or walking directions to another location.  These devices can contain records of the addresses or locations involved in such navigation.  The Global Positioning System (generally abbreviated "GPS") consists

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 34

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of 24 NAVSTAR satellites orbiting the Earth. Each satellite contains an extremely accurate clock. Each satellite repeatedly transmits by radio a mathematical representation of the current time, combined with a special sequence of numbers. These signals are sent by radio, using specifications that are publicly available. A GPS antenna on Earth can receive those signals. When a GPS antenna receives signals from at least four satellites, a computer connected to that antenna can mathematically calculate the antenna's latitude, longitude, and sometimes altitude with a high level of precision.

        e.      PDA: A personal digital assistant, or PDA, is a handheld electronic device used for storing data (such as names, addresses, appointments or notes) and utilizing computer programs. Some PDAs also function as wireless communication devices and are used to access the Internet and send and receive e-mail. PDAs usually include a memory card or other removable storage media for storing data and a keyboard and/or touch screen for entering data. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can store any digital data. Most PDAs run computer software, giving them many of the same capabilities as personal computers. For example, PDA users can work with word-processing documents, spreadsheets, and presentations. PDAs may also include global positioning system ("GPS") technology for determining the location of the device.

        f.      Internet: The Internet is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state.

        59.     Based on my training, experience, and research, I know that the SUBJECT DEVICE has capabilities that allow it to serve as a wireless telephone, portable media player, digital camera, PDA, GPS navigation device, and that it also can allow users to run Internet searches.

        60.     In my training and experience, examining data stored on devices of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the device.

## COMPUTERS, ELECTRONIC STORAGE, AND FORENSIC ANALYSIS

        61.     Based on my knowledge, training, and experience, I know that digital devices and electronic storage media can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 35

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  period of time on the device used to access the Internet.  This information can sometimes

2  be recovered with forensic tools.

3      62.    *Forensic evidence*.  As further described in Attachment B, this application

4  seeks permission to locate not only electronically stored information that might serve as

5  direct evidence of the crimes described on the warrant, but also forensic evidence that

6  establishes how the SUBJECT DEVICE was used, the purpose of its use, who used it,

7  and when.  There is probable cause to believe that this forensic electronic evidence might

8  be on the SUBJECT DEVICE because:

9          a.    Data on the storage medium can provide evidence of a file that was
   once on the storage medium but has since been deleted or edited, or of a deleted portion
10  of a file (such as a paragraph that has been deleted from a word processing file). [

11          b.    As explained herein, information stored within a computer and other
   electronic storage media may provide crucial evidence of the "who, what, why, when,
12  where, and how" of the criminal conduct under investigation, thus enabling the United
13  States to establish and prove each element or alternatively, to exclude the innocent from
   further suspicion.  In my training and experience, information stored within a computer
14  or storage media (e.g., registry information, communications, images and movies,
15  transactional information, records of session times and durations, internet history, and
   anti-virus, spyware, and malware detection programs) can indicate who has used or
16  controlled the computer or storage media.  This "user attribution" evidence is analogous
17  to the search for "indicia of occupancy" while executing a search warrant at a residence.
   The existence or absence of anti-virus, spyware, and malware detection programs may
18  indicate whether the computer was remotely accessed, thus inculpating or exculpating the
19  computer owner and/or others with direct physical access to the computer.  Further,
   computer and storage media activity can indicate how and when the computer or storage
20  media was accessed or used.  For example, as described herein, computers typically
21  contain information that log: computer user account session times and durations,
   computer activity associated with user accounts, electronic storage media that connected
22  with the computer, and the IP addresses through which the computer accessed networks
23  and the internet.  Such information allows investigators to understand the chronological
   context of computer or electronic storage media access, use, and events relating to the
24  crime under investigation.[3]   Additionally, some information stored within a computer or

25  _____

26  [3] For example, if the examination of a computer shows that:  a) at 11:00am, someone using the
   computer used an internet browser to log into a bank account in the name of John Doe; b) at
27  11:02am the internet browser was used to download child pornography; and c) at 11:05 am the

electronic storage media may provide crucial evidence relating to the physical location of other evidence and the suspect. For example, images stored on a computer may both show a particular location and have geolocation information incorporated into its file data. Such file data typically also contains information indicating when the file or image was created. The existence of such image files, along with external device connection logs, may also indicate the presence of additional electronic storage media (e.g., a digital camera or cellular phone with an incorporated camera). The geographic and timeline information described herein may either inculpate or exculpate the computer user. Last, information stored within a computer may provide relevant insight into the computer user's state of mind as it relates to the offense under investigation. For example, information within the computer may indicate the owner's motive and intent to commit a crime (e.g., internet searches indicating criminal planning), or consciousness of guilt (e.g., running a "wiping" program to destroy evidence on the computer or password protecting/encrypting such evidence in an effort to conceal it from law enforcement).

c.      A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d.      The process of identifying the exact electronically stored information on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e.      Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

63.     *Manner of execution.* Because this warrant seeks only permission to examine a device already in law enforcement's possession, the execution of this warrant does not involve the physical intrusion onto a premises. Consequently, I submit there is

---

internet browser was used to log into a social media account in the name of John Doe, an investigator may reasonably draw an inference that John Doe downloaded child pornography.

1  reasonable cause for the Court to authorize execution of the warrant at any time in the

2  day or night.

3  ## DIGITAL DEVICES AS INSTRUMENTALITIES OF THE CRIMES

4      64.     Based upon my training and experience, including my experience in this

5  investigation, I know that serial robbers (whether of banks, marijuana stores, or other

6  businesses or individuals) commonly maintain records in their cellular telephones

7  reflecting names or nicknames, addresses, and/or telephone numbers of associates

8  involved in the robberies they organize. They often maintain cellular telephones for ready

9  access especially during the act of robbing an establishment.

10     65.     As noted above, serial establishment robbers use cellular telephones as a

11  tool or instrumentality in committing their criminal activity. They use them to maintain

12  contact with their co-conspirators and collaborators. They prefer cellular telephones

13  because, first, they can be purchased without the location and personal information that

14  land lines require. Second, they can be easily carried to permit the user maximum

15  flexibility in meeting associates, avoiding police surveillance, and traveling. Based on my

16  training and experience, the data maintained in a cellular telephone used by a serial

17  robber is evidence of a crime or crimes. This includes the following:

18          a.      The assigned number to the cellular telephone (known as the mobile
directory number or MDN), and the identifying telephone serial number (Electronic
19  Serial Number, or ESN), (Mobile Identification Number, or MIN), (International Mobile
Subscriber Identity, or IMSI), or (International Mobile Equipment Identity, or IMEI) are
20  important evidence because they reveal the service provider, allow us to obtain subscriber
information, and uniquely identify the telephone. This information can be used to obtain
21  toll records, to identify contacts by this telephone with other cellular telephones used by
co-conspirators, to identify other telephones used by the same subscriber or purchased as
22  part of a package, and to confirm if the telephone was contacted by a known source.

23          b.      The stored list of recent received calls and sent calls, as well as the
voicemail content from missed calls, is important evidence. It identifies telephones and
24  individuals recently in contact with the telephone user. This is valuable information in an
investigation because it will identify telephones used by other members of the
25  organization or group members completing the robbery. Even if a contact involves a
26  telephone user not part of the conspiracy, the information is helpful (and thus is evidence)

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 38

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

because it leads to friends and associates of the user who can identify the user, help locate the user, and provide information about the user. Identifying a defendant's law-abiding friends is often just as useful as identifying his robbery associates.

c.      Stored text messages, emails, and any social media content/messages (like Facebook messenger) are important evidence, similar to stored numbers. Agents can identify both associates and friends of the user who likely have helpful information about the user, his location, and his activities.

d.      Photographs and video recordings on a cellular telephone, including metadata, are evidence because they help identify the user, either through his or her own picture/video, or through pictures/videos of friends, family, and associates that can identify the user and the locations the user has been. Pictures/videos also identify associates likely to also be involved in robberies. Some robbery suspects will take photographs and videos of groups of associates, sometimes posing with weapons and the proceeds of their robberies. Also, digital photos often have embedded "geocode" or GPS information embedded in them. Geocode information is typically the longitude and latitude where the photo was taken. Showing where the photo was taken can have evidentiary value. This location information is helpful because, for example, it can show where coconspirators meet, where they travel, and where assets might be located.

e.      Stored web browsing history is important evidence because it shows the user's activities and places of interest, including if the user looked up addresses, restaurants, and other businesses on a web browser on the cell phone, which can show where coconspirators meet, where they travel, where assets might be located, whether and how weapons and other property used in the robberies were acquired, and what locations the robbers have targeted in the past or have considered targeting to rob. Moreover, through web browsing history, a user can also access or look up associates or coconspirators on social media.

f.      Stored address records are important evidence because they show the user's close associates and family members, and they contain names and nicknames connected to phone numbers that can be used to identify suspects.

g.      Stored data in money transfer applications, such as Venmo and CashApp, are important evidence because they show from whom and to whom the user is sending money. In the era of digital currency and online money transfers, I know based on my training and experience, that many people use these applications to pay for and transfer money to pay for items to include items used to facilitate robberies. Accordingly, any stored data on money transfer applications on cell phones can show the user's associates and other connections.

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 39

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

h.    Stored location data, including from any map applications on the cell phone, are important evidence because the data can show where the user has been, including addresses of residences and business parking lots, which can show the users home address or the addresses of their associates, meeting locations, and their whereabouts during known robberies that happened in the past.

## PAST EFFORTS TO OBTAIN ELECTRONICALLY STORED INFORMATION

66.    In July 2022, law enforcement obtained a warrant from King County, #22-061446-6 Addendum for the search of the SUBJECT DEVICE. A full extraction (the SUBJECT DEVICE EXTRACTION) of the SUBJECT DEVICE was completed pursuant to that warrant and a search was then completed. While I have reviewed the results of that search, the King County warrant only covered a limited date range which did not include the dates of several of the robberies described above that are still under investigation by the United States, such as the robberies occurring in November 2021.

## SEARCH TECHNIQUES

67.    Based on the foregoing, and consistent with Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, the warrant I am applying for will permit a search of the SUBJECT DEVICE through a review of the SUBJECT DEVICE EXTRACTION that was completed by Seattle Police pursuant to King County Superior Court Search Warrant #22-0-61446-6 Addendum, extraction ID 26684EE0-7257-4C7B-9F5A-09BCD3352C6A (the SUBJECT DEVICE EXTRACTION).

68.    In accordance with the information in this affidavit, law enforcement personnel will execute the search of the SUBJECT DEVICE EXTRACTION pursuant to this warrant as follows:

a.    Searching the forensic images for the items described in Attachment B may require a range of data analysis techniques.  In some cases, it is possible for agents and analysts to conduct carefully targeted searches that can locate evidence without requiring a time-consuming manual search through unrelated materials that may be commingled with criminal evidence.  In other cases, however, such techniques may not yield the evidence described in the warrant, and law enforcement may need to conduct more extensive searches to locate evidence that falls within the scope of the warrant.  The

AFFIDAVIT OF SPECIAL AGENT FITZGERALD
USAO# 2022R01090 - 40

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    search techniques that will be used will be only those methodologies, techniques and
2    protocols as may reasonably be expected to find, identify, segregate and/or duplicate the
     items authorized to be seized pursuant to Attachment B to this affidavit.

3                                    **CONCLUSION**

4
5            69.    I submit that this affidavit supports probable cause for a search warrant

6    authorizing the examination of the SUBJECT DEVICE through a search of the

7    SUBJECT DEVICE EXTRACTION described in Attachment A to seek the items

8    described in Attachment B.

9            70.    The affidavit and application are being presented by reliable electronic

10   means pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3).

11

12                                    A. FITZGERALD #7703

13                                    Ashley Fitzgerald
                                      Special Agent
14                                    Task Force Officer, FBI

15           Subscribed and sworn to before me this 10th day of July, 2025.

16
17
18
19                                    BRIAN A. TSUCHIDA
                                      United States Magistrate Judge
20
21
22
23
24
25
26
27

AFFIDAVIT OF SPECIAL AGENT FITZGERALD                    UNITED STATES ATTORNEY
USAO# 2022R01090 - 41                                    700 STEWART STREET, SUITE 5220
                                                         SEATTLE, WASHINGTON 98101
                                                         (206) 553-7970

1

## <u>ATTACHMENT A</u>

2        The property to be searched is an Apple iPhone 11, white in color, Model #A2111,

3   ICCID 8901260030984206493F, currently in custody of the Seattle Police Department. A

4   full extraction of the SUBJECT DEVICE was completed by Seattle Police pursuant to

5   King County Superior Court Search Warrant #22-0-61446-6 Addendum, extraction ID

6   26684EE0-7257-4C7B-9F5A-09BCD3352C6A (the SUBJECT DEVICE

7   EXTRACTION).  The SUBJECT DEVICE EXTRACTION also remains in the custody

8   of the Seattle Police Department.

9        This warrant authorizes the forensic examination of the SUBJECT DEVICE and

10  SUBJECT DEVICE EXTRACTION for the purpose of identifying the electronically

11  stored information described in Attachment B.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ATTACHMENT A
USAO# 2022R01090 - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ATTACHMENT B**

1.      All records on the SUBJECT DEVICE and SUBJECT DEVICE EXTRACTION described in Attachment A that relate to violations of Title 18, United States Code, Sections 371 (Conspiracy), 2113 (Bank Robbery), and 1951 (Hobbs Act Robbery), those violations involving DANESXY ORTEGA and occurring between October 1, 2021 through January 14, 2022, including:

a) Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);

b) Stored list of received, sent and missed calls;

c) Stored contact information;

d) Information related to the schedule and/or travel of coconspirators and associates;

e)  Photographs, images, videos (and any related embedded data) providing evidence of the aforementioned crimes, including large amounts of currency, robbery locations, and tools used to commit robberies;

f) Stored messages providing evidence of the aforementioned crimes, including text messages, Facebook messages, WhatsApp messages, or other similar messaging services;

g) Information relating to the rental or ownership of vehicles or license plates used to facilitate the aforementioned crimes;

h) Information that can be used to calculate the position of the phone during the above date range, including location data; cell tower usage; GPS satellite data; GPS coordinates for routes and destination queries between the above-listed dates; "app" data or usage information and related location information; and images created, accessed or modified between the above-listed dates, together with their metadata and EXIF tags;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

i)  Records relating to the receipt, transportation, deposit, transfer, or distribution of money, including direct deposit confirmations, wire transfers, money orders, electronic money transfer services; and

j)  Records and information of Internet-searches and Internet-browsing history related to the aforementioned crimes.

2.     Evidence of user attribution showing who used or owned the SUBJECT DEVICE at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3.     Records evidencing the use of an Internet Protocol address to communicate with mail servers or including:

a.     records of Internet Protocol addresses used;

b.     records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

ATTACHMENT B
USAO# 2022R01090- 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970